In the Matter of the Petition of JOHN H. SCHELL for the Removal of the Body of ELEANOR M. SCHELL, Deceased. JOHN H. SCHELL, Petitioner-Respondent; ANNA H. WOHLKE, Appellant, and THE EVERGREENS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

FORTUNATA MASTROBUONO, Respondent, v. CARMEN LANGE, as Sole Surviving Executrix, etc., of LUDWIG KUENSTLER, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JEAN McGUIRE and Another, Respondents, v. SAMUEL BONAT and HARRY BONAT, Doing Business under the Firm and Trade Name of SAMUEL BONAT & BRO., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

PEARL MOWITZ, an Infant, etc., and Another, Respondents, v. LONDON GUARANTY AND ACCIDENT COMPANY, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CAROLINE MULLER, as Executrix, etc., of WILLIAM MULLER, Deceased, in the Administration, etc., of WILLIAM MULLER, Deceased, Respondent, v. WALTER HEUCHEL, Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CHARLES H. PRINDLE, as Administrator, etc., of JOAN A. PRINDLE, Deceased, Respondent, v. ROCKLAND TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

DOROTHY ST. ORMOND, Respondent, v. ANNA A. BREUNICH, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

WILLIAM F. STRAUKAMP, as Administrator, etc., of MARY A. LOUGHRAN, Deceased, Respondent, v. MARGARET M. BOURKE and FRED J. BARNES, Appellants. — Motion by appellant Barnes for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Motion by appellant Bourke for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied; motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CATHERINE IRENE SULLIVAN, as Executrix, etc., of JOHN F. SULLIVAN, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.